IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOORE, | No. CIV S-10-0713-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, who is proceeding pro se, brings this civil rights complaint. Pending before the court is plaintiff's document entitled "Notice of Possible Conflicting Cases and Motion for Case Management" (Doc. 5). In this document, plaintiff first notes that she is in the process of appealing a state court marriage dissolution order relating to defendant Terry Moore. Next, plaintiff states that "documents I need for the demurrers and to prosecute this federal action are being denied me," purportedly by police officers. Specifically, it appears that plaintiff seeks juvenile records. Finally, plaintiff asks that the court expedite the screening process.

/ / /

/ / /

/ / /

1

Regarding the only request for relief contained in the document – plaintiff's request for "case management" – that request will be denied as unnecessary. The court is in the process of screening the action, as required by statute, and notes that this process was slowed by plaintiff's filing of an amended complaint on December 28, 2010, which has, in essence, required the court to start the screening process anew. Once this process is completed, plaintiff will be advised by order. In the meantime, plaintiff should refrain from filing further requests for case status, or contacting the court for same.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (Doc. 5) is denied.

DATED: February 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE