IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOORE, | No. CIV S-10-0713-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brought this civil rights complaint. Final judgment was entered on December 2, 2011, and plaintiff has filed a timely notice of appeal. Pending before the court is plaintiff's motion (Doc. 20) for leave to proceed in forma pauperis on appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), where prior approval to proceed in forma pauperis was granted in the district court, such approval generally continues on appeal. Because plaintiff was previously granted in forma pauperis status in this action, the current motion will be denied as unnecessary.

      Also pending before the court is plaintiff's motion (Doc. 17) for appointment of counsel on appeal. That motion will be denied without prejudice to renewing the motion in the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 20) for leave to proceed in forma pauperis on appeal is denied as unnecessary; and

2. Plaintiff's motion (Doc. 17) for appointment of counsel is denied without prejudice.

DATED: December 29, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE